

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00322-CR

The **STATE** of Texas,
Appellant

v.

Valeriano Perez **NAVARRO**,
Appellee

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 25-07-08984-MCR
Honorable Maribel Flores, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             H. Todd McCray, Justice
             Velia J. Meza, Justice

Delivered and Filed: June 3, 2026

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

The State of Texas filed a notice of appeal from the trial court's order granting appellee

Valeriano Perez Navarro's motion to suppress.  The State has now filed a motion to dismiss its

appeal.  We grant the State's motion and dismiss the appeal.  See TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH